# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Kramer, | NO. CV-20-01253-PHX-JJT |
| Plaintiff, | |
| v. | **DEFAULT JUDGMENT** |
| Douglas Palmer, et al., | |
| Defendants. | |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendants jointly and severally, in the amount of $21,637.50. This matter is hereby closed.

Debra D. Lucas
District Court Executive/Clerk of Court

January 19, 2021

By s/ L. Dixon
Deputy Clerk