IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Kramer,<br><br>        Plaintiff,<br><br>v.<br><br>Douglas Palmer, *et al.*,<br><br>        Defendants. | No. CV-20-01253-PHX-JJT<br><br>**ORDER** |

Upon the Court's entry of Default Judgment for her in this matter (Docs. 18, 19), Plaintiff filed her Application for Attorneys' Fees (Doc. 20) on February 2, 2021. The time for any response has long passed and Defendants have failed to so file. The Court deems Defendants' failure to respond as consent to the granting of the Motion. LRCiv 7.2(i). As the successful prevailing party, Plaintiff is in any event eligible for and entitled to reasonable attorneys' fees. *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983).

Upon a review of the fees sought and Plaintiff's counsel's justification therefor, the Court concludes the rate of $285 per hour is reasonable, appropriate and commensurate with counsel's experience and when considered under all relevant factors as set forth in LRCiv 54.2(c)(3) and *Kerr v. Screen Extras Guild, Inc*., 526 F.2d 67, 70 (9th Cir. 1975). The tasks on which counsel spent her time also are reasonable, as are the hours counsel dedicated to those tasks. Finally, the Court concludes the $705.00 in costs sought are allowable and allowed.

1  IT IS ORDERED granting Plaintiff's Motion for Attorneys' Fees (Doc. 20). The
2  Court awards Plaintiff $3,135.00 in reasonable attorneys' fees and $705.00 in non-taxable
3  costs.
4  IT IS FURTHER ORDERED that post judgment interest shall accrue on the
5  judgment amount of $21,637.40 and the above fee and cost award, all at a rate of 0.06
6  percent per annum.
7  Dated this 24th day of May, 2021.

                                              Honorable John J. Tuchi
                                              United States District Judge